UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL GORDON,<br><br>        Plaintiff,<br><br>        v.<br><br>GAVIN NEWSOM, ET AL.,<br><br>        Defendant(s). | Case No. 2:21-cv-7270-FMO (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice.


Dated:  June 29, 2022

                              /s/
                              HONORABLE FERNANDO M. OLGUIN
                              United States District Judge