JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL GORDON,<br><br>                    Plaintiff,<br><br>       v.<br><br>GAVIN NEWSOM, ET AL,<br><br>                    Defendant(s). | Case No. 2:21-cv-7270-FMO (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: June 29, 2022

                              /s/
HONORABLE FERNANDO M. OLGUIN
United States District Judge