UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL GORDON,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>GAVIN NEWSOM, ET AL,<br><br>　　　　　　　Defendant(s). | Case No. 2:21-cv-7270-FMO (MAR)<br><br>AMENDED JUDGMENT |

　　　Pursuant to the Amended Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: July 18, 2022

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　United States District Judge