UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL GORDON,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GAVIN NEWSOM, ET AL.,<br><br>　　　　　　Defendant(s). | Case No. 2:21-cv-7270-FMO (MAR)<br><br>SECOND AMENDED ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　On June 29, 2022, the court entered judgment dismissing the above-captioned action. On June 28, 2022, Plaintiff had filed a Response and Request that the Court Overrule Defendant's Response to Plaintiff's Objections to the Report and Recommendation of the Magistrate Due to Late Filing of the Response by Defendants, which the court construed as further Objections to the Magistrate Judge's Report and Recommendation.  Dkt. 44.  However, the filing was not processed until the Court had already considered and issued the judgment dismissing the action.  The Court entered an Amended Judgment and Order Accepting on July 18, 2022, to make clear that the Court had considered Plaintiff's June 28, 2022 filing. Dkts. 43, 45.

　　　　However, by that time, Plaintiff had already filed a Notice of Appeal.  Dkt. 41. Accordingly, on August 17, 2022, the Ninth Circuit issued a mandate indicating that

1 this Court did not have jurisdiction to enter the Amended Judgment and Order. Dkt.
2 47. The Ninth Circuit remanded the case to this Court for the limited purpose of
3 vacating the Amended Judgment and Order and reentering a judgment and order
4 considering Plaintiff's June 28, 2022 filing. Id.

5     Accordingly, the Amended Order and Judgment, dkts. 45–46, are hereby
6 **VACATED**. Pursuant to 28 U.S.C. § 636, the Court has, again, reviewed the First
7 Amended Complaint, the relevant records on file, and the Report and
8 Recommendation of the United States Magistrate Judge. Having conducted a de novo
9 review of plaintiff's Objections to the Report and Recommendation, the Court finds
10 that they warrant no changes to the Magistrate Judge's recommendation and therefore
11 accepts the findings and recommendation of the Magistrate Judge.

12     **IT IS THEREFORE ORDERED** that Judgment be entered dismissing this
13 action with prejudice.

15 Dated: August 22, 2022

17                               /s/
                  HONORABLE FERNANDO M. OLGUIN
18                   United States District Judge